UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DENNIS RIGGINS,

                Plaintiff,

  -against-                              20 **CIVIL** 17 (NSR)

**JUDGMENT**

WILMINGTON SAVINGS FUNDS AND
SOCIETY, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 11, 2021, the Court GRANTS Defendants' motions and dismisses the Complaint; accordingly, this case is closed.

**Dated:** New York, New York
         May 11, 2021

                                                **RUBY J. KRAJICK**
                                                _____
                                                     **Clerk of Court**
                                 **BY:**
                                                      **Deputy Clerk**